UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**RUBEN ANGELES et al.,**
          **Plaintiffs,**

v.                                               Case No. 14-cv-1074

**MILWAUKEE COUNTY et al.,**
          **Defendants.**
_____

## ORDER

On February 9, 2015, plaintiffs filed an affidavit with exhibits in support of its motion for partial summary judgment. On February 13, plaintiffs filed a motion to withdraw and substitute exhibit 18 to that affidavit, stating that under the terms of the protective order, that document should have been filed under seal and asking that the unseal version be substituted with the sealed version. However, neither party has shown good cause for why the document should remain sealed. *See* Protective Order at 5 (ECF No. 19); *Jessup v. Luther*, 277 F.3d 926, 927–28 (7th Cir. 2002).

**THEREFORE, IT IS ORDERED** that plaintiff's motion to withdraw and substitute (ECF No. 25) is **GRANTED**. The clerk of court shall withdraw the unsealed version of exhibit 18 to the Affidavit of Robert Elliott and replace it with the sealed version.

**IT IS FURTHER ORDERED** that the party wishing for exhibit 18 to remain under seal shall provide good cause for the document to remain sealed within 10 days of this order. Failure to do so will result in the document being unsealed.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2015.

                                                               s/ Lynn Adelman
                                                             _____
                                                             LYNN ADELMAN
                                                             District Judge